No. 282. UNITED STATES EX REL. LAZO KOLEFF *v.* REYNOLDS, IMMIGRATION INSPECTOR; and

No. 283. UNITED STATES EX REL. BORIS LAZO KOLEFF *v.* SAME. October 8, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit

denied. *Mr. Lazo Koleff, pro se. Mr. Boris Lazo Koleff, pro se. Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for respondent.